Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for a writ of certiorari, as required by § 237 (c), Judicial Code, as amended (43 Stat. 936, 938), certiorari is denied. *Mr. Joseph L. Lewinson* for appellants. *Mr. Nathan Newby* for appellees.

No. 996. HUGHES *v.* WISCONSIN TAX COMMISSION ET AL. Decided May 23, 1938. *Per Curiam:* The motion of the appellees to dismiss the appeal is granted and the appeal is dismissed for the want of a properly presented substantial federal question. (1) *Hiawassee Power Co. v. Carolina-Tenn. Co.*, 252 U. S. 341, 344; *Whitney v. California*, 274 U. S. 357, 360; *White River Co. v. Arkansas*, 279 U. S. 692, 700; *Morris v. Alabama*, 302 U. S. 642. (2) *Lawrence* v. *State Tax Commission*, 286 U. S. 276, 279–281; *New York ex rel. Cohn v. Graves*, 300 U. S. 308, 313. *Mr. S. W. Jensch* for appellant. *Mr. Joseph E. Messerschmidt* for appellees.

No. 997. DROMEY, ADMINISTRATOR *v.* WISCONSIN TAX COMMISSION ET AL. Decided May 23, 1938. *Per Curiam:* The motion of the appellees to dismiss the appeal is granted and the appeal is dismissed for the want of a properly presented substantial federal question. (1) *Hiawassee Power Co. v. Carolina-Tenn. Co.*, 252 U. S. 341, 344; *Whitney v. California*, 274 U. S. 357, 360; *White River Co. v. Arkansas*, 279 U. S. 692, 700; *Morris v. Alabama*, 302 U. S. 642; (2) *Lawrence v. State Tax Commission*, 286 U. S. 276, 279–281; *New York ex rel. Cohn v. Graves*, 300